**DISMISS; and Opinion Filed July 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00599-CR
No. 05-15-00600-CR
No. 05-15-00601-CR
No. 05-15-00602-CR
No. 05-15-00603-CR

**BRIAN WAYNE DRAKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-20916-Q, F13-34020-Q, F13-40858-Q,**
**F13-70914-Q, F13-70920-Q**

## MEMORANDUM OPINION
Before Bridges, Lang, and Schenck

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

150599F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRIAN WAYNE DRAKE, Appellant

No. 05-15-00599-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F13-20916-Q.
Opinion delivered per curiam before Justices Bridges, Lang, and Schenck.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 30th day of July, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRIAN WAYNE DRAKE, Appellant

No. 05-15-00600-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F13-34020-Q.
Opinion delivered per curiam before Justices
Bridges, Lang, and Schenck.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 30th day of July, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

BRIAN WAYNE DRAKE, Appellant

No. 05-15-00601-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F13-40858-Q.
Opinion delivered per curiam before Justices Bridges, Lang, and Schenck.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 30th day of July, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

BRIAN WAYNE DRAKE, Appellant

No. 05-15-00602-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F13-70914-Q.
Opinion delivered per curiam before Justices
Bridges, Lang, and Schenck.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 30th day of July, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

BRIAN WAYNE DRAKE, Appellant

No. 05-15-00603-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F13-70920-Q.
Opinion delivered per curiam before Justices
Bridges, Lang, and Schenck.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 30th day of July, 2015.